**Order entered September 14, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00657-CV

**FELIX SORKIN, INDIVIDUALLY, GENERAL TECHNOLOGIES, INC., AND PRECISION-HAYES INTERNATIONAL, INC., Appellants**

**V.**

**P.T. ATLAS MANUFACTURING, L.L.C., Appellee**

**On Appeal from the 298th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-17416**

## ORDER

Before the Court is appellants' September 9, 2021 unopposed second motion for extension of time to file their brief. Appellants seek a seven-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than September 20, 2021.

/s/     KEN MOLBERG
        JUSTICE